FILED 11 OCT '23 13:36 USDC-ORP

SEALED

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

UNITED STATES OF AMERICA

v.

DONNIE JAMES CRAWFORD,

Defendant.

3:23-cr-325-HZ

INDICTMENT

18 U.S.C. § 922(g)(1)

Forfeiture Allegation

UNDER SEAL

THE GRAND JURY CHARGES:

COUNT 1
(Felon in Possession of a Firearm)
(18 U.S.C. § 922(g)(1))

On or about September 5, 2023, in the District of Oregon, defendant **DONNIE JAMES CRAWFORD,** knowing he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, specifically:

(1) Felon in Possession of a Firearm, in violation of 18 U.S.C. § 922 (g)(1), in the United States District Court, District of Oregon, on or about October 31, 2012, and;

(2) Unlawful Use of a Weapon, in violation of ORS 166.220 in Multnomah County, State of Oregon on or about July 1, 2005;

///

///

did knowingly and unlawfully possess the following firearm:

(1) A Taurus handgun; serial number: TMA10847,

which firearm had previously been shipped or transported in interstate or foreign commerce;

In violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION

Upon conviction of the offense in Count 1, defendant **DONNIE JAMES CRAWFORD** shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), the firearm involved in that offense, including without limitation:

(1) A Taurus handgun; serial number: TMA10847 and all associated ammunition.

Dated: October 11, 2023

A TRUE BILL.

[redacted]

OFFICIATING FOREPERSON

Presented by:

NATALIE WIGHT
United States Attorney

NICOLE M. BOCKELMAN, OSB #105934
Assistant United States Attorney